*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 20, 2014            104459
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

        v                              MEMORANDUM AND ORDER

STEPHEN GIROUX,
                    Appellant.
_____


Calendar Date:   October 17, 2014

Before:  Stein, J.P., McCarthy, Garry, Lynch and Devine, JJ.

                    _____


        Sandra M. Colatosti, Albany, for appellant.

        Andrew J. Wylie, District Attorney, Plattsburgh (Nicholas
J. Evanovich of counsel), for respondent.

                    _____


Garry, J.

        Appeal from a judgment of the County Court of Clinton
County (McGill, J.), rendered May 24, 2010, convicting defendant
upon his plea of guilty of the crime of bail jumping in the first
degree.

        Defendant was charged in an indictment with criminal sale
of a controlled substance in the third degree and criminal
possession of a controlled substance in the third degree.  After
he failed to appear for trial, a separate indictment was handed
up charging him with bail jumping in the first degree.  Defendant
pleaded guilty to that indictment and, following a jury trial,
was convicted of the drug charges (People v Giroux, ___ AD3d ___
[decided herewith]).  County Court sentenced him to a prison term
of 1⅓ to 4 years on the bail jumping conviction, running

consecutively to the aggregate sentence imposed upon the drug convictions. Defendant now appeals, arguing solely that County Court's direction that the sentences run consecutively was harsh and excessive. As "we find no abuse of the sentencing court's discretion or the existence of any extraordinary circumstance which would warrant our modification of the consecutive sentences" given the circumstances presented in this case, we disagree and affirm (People v Bonilla, 285 AD2d 746, 748 [2001]; see People v DeStefano, 29 AD3d 1030, 1032 [2006], lv denied 7 NY3d 755 [2006]; People v Halm, 256 AD2d 630, 630-631 [1998], lv denied 92 NY2d 1049 [1999]).

Stein, J.P., McCarthy, Lynch and Devine, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court